■ PAUL GUSMORINO et al., Appellants, v. EDITH R. HUDSON, Respondent, et al., Defendants.— In an action to foreclose a mortgage on real property, the appeal is from so much of a resettled order as denied appellants' motion to strike out the answer and for summary judgment. Order insofar as appealed from affirmed, without costs. Under the facts presented by this record, the prior judgment having been vacated, the doctrine of *res judicata* does not preclude respondent from asserting the defense of usury. Whether or not appellants had knowledge of the usurious scheme or plan alleged in the answer presents a question of fact which should be tried. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ MARY HASSIG, Respondent, v. ELIZABETH A. ANTONINI et al., Appellants, et al., Defendant.— In an action to recover damages for personal injuries, the appeal is from a resettled order denying a motion to dismiss the complaint for unreasonable neglect to proceed as to the appellants and to sever the action as to the codefendant. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of DOMINICK BERLINGIERI, Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— In a proceeding to review a determination of the State Liquor Authority which denied an application for a restaurant beer license, the appeal is from an order granting a motion to dismiss the petition on the ground of *res judicata*. Order reversed, without costs, and motion denied, with leave to respondents to answer within 20 days after the entry of the order hereon. A motion to dismiss an article 78 proceeding, before answer, is in the nature of a demurrer, and only the petition may be considered. Affidavits alleging new matter constituting a defense of *res judicata* may not be considered; such a defense must be asserted by way of answer (*Matter of Felice* v. *Swezey*, 278 App. Div. 958; *Matter of Mapes* v. *Swezey*, 278 App. Div. 959; *Matter of Foy* v. *Brennan*, 131 N. Y. S. 2d 151, revd. on other grounds 285 App. Div. 669; 22 Carmody-Wait on New York Practice, pp. 484–486). The petition herein is sufficient on its face. Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of CHARLES C. MARSHALL, Deceased, Appellant. CHARLES R. MARSHALL et al., Respondents — In a proceeding in the Surrogate's Court, Dutchess County, to judicially settle the intermediate account of a trustee, the appeal is from an order granting respondents' motion to examine the appellant before trial. Order modified by striking from the first ordering paragraph thereof the words " at the Surrogate's Court Room in the City of Poughkeepsie " and by substituting therefor the words " in the County of New York ". As so modified, order affirmed, with $10 costs and disbursements to all parties filing separate briefs, payable out of the estate. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur. Settle order on notice.

■ In the Matter of the WEST SIDE TENNIS CLUB, Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents.— In a consolidated proceeding to review assessments on real property, the appeal is from an order dismissing the petitions on the merits and confirming the assessments. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.